[No. 19604-9-I. Division One. March 21, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ORESTE
RIVERO-BASTIDA, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86-1-02774-9, Jim Bates, J., entered
December 8, 1986. *Affirmed* by unpublished opinion per
Scholfield, C.J., concurred in by Grosse and Webster, JJ.

[No. 19817-3-I. Division One. March 21, 1988.]

THE CITY OF BLAINE, *Respondent,* v. LOU YOUNG,
*Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 86-1-00423-1, David A. Nichols, J.,
entered December 2, 1986. *Reversed* by unpublished opin-
ion per Grosse, J., concurred in by Williams and Webster,
JJ.

[No. 18668-0-I. Division One. March 21, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
PHILLIP BURNS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86-1-00167-7, James J. Dore, J., entered June
18, 1986. *Reversed* by unpublished opinion per Grosse, J.,
concurred in by Pekelis, J., and Ringold, J. Pro Tem.

[No. 19139-0-I. Division One. March 21, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
EDWARD McQUAY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86-1-01019-6, George T. Mattson, J., entered
September 12, 1986. *Affirmed* by unpublished opinion per
Scholfield, C.J., concurred in by Williams and Coleman, JJ.